Andre L. Verdun (SBN 265436)
CROWLEY LAW GROUP
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

Eric A. LaGuardia (SBN 272791)
LAGUARDIA LAW
3245 University Ave, #1
San Diego, CA 92104
Tel.  (619) 655-4322
Fax.  (619) 655-4344
eal@laguardialaw.com

Attorneys for Plaintiff
Crystal Nguyen

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NGUYEN an individual, <br><br> Plaintiff, <br> vs. <br><br> HOVG, LLC dba BAY AREA CREDIT SERVICE, and DOES 1-10, <br><br> Defendants. | Case No.: 3:14-cv-837-BTM-RBB <br><br> **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES** <br><br> DATE: October 3, 2014 <br> TIME: 11:00 AM <br><br> **NO ORAL ARGUMENT REQUESTED** |

-1-
NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES

*Nguyen v. HOVG, LLC*                    3:14-cv-837-BTM-RBB

1 **TO: ALL DEFENDANT AND DEFENDANT'S COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 3, 2014, in Courtroom 15B of the United States District Court, located at 333 West Broadway Ave, San Diego, California, before the Hon. Barry Ted Moskowitz, United States District Judge, Plaintiff CRYSTAL NGUYEN (Plaintiff), will move the Court for an Order striking Defendant HOVG, LLC dba BAY AREA CREDIT SERVICE's, First through Eighteenth Affirmative Defenses in its operative Answer (Doc. 9).

This motion is made pursuant to Fed. R. Civ. P. 12(f) on the ground that the affirmative defenses are improper and/or are not pleaded with sufficient particularity to provide Plaintiff with "fair" notice of the defenses being advanced and the pleadings fail to raise the alleged defenses beyond the speculative level.

This motion is based on this Notice of Motion and Motion to Strike Affirmative Defenses and the Memorandum of Points and Authorities in Support of Motion to Strike Affirmative Defenses filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

Dated this: **July 21, 2014**

                                        **LAGUARDIA LAW**

                                        s/Eric A. LaGuardia
                                        Eric A. LaGuardia
                                        Attorneys for the Plaintiff