# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CRYSTAL NGUYEN an individual,

    Plaintiff,

vs.

HOVG, LLC dba BAY AREA CREDIT SERVICE, and DOES 1-10,

    Defendants.

Case No.: 3:14-cv-837-BTM-RBB

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED THAT:**

I, ERIC A. LAGUARDIA, am a citizen of the United States and am at least eighteen years of age. My business address is 3245 University Ave, #1, San Diego, CA 92104. I am not a party to the above-entitled action. I have caused service of the following document(s): **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE AFFIRMATIVE DEFENSES** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them: **kaminskid@cmtlaw.com,**

I hereby certify that I have caused to be e-mailed the foregoing to the following non-ECF participants on this case: **NONE.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **July 21, 2014**

                                                  s/Eric LaGuardia
                                                Eric A. LaGuardia