Craig Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
**Nicholas & Tomasevic, LLP**
225 Broadway, Ste. 1900
San Diego, CA 92101
Tel. (619) 325-0492
Fax. (619) 325-0496
CNicholas@NicholasLaw.org
ATomasevic@NicholasLaw.org

Andre L. Verdun (SBN 265436)
Michael L. Crowley (SBN 117008)
**Crowley Law Group**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

Eric A. LaGuardia (SBN 272791)
**LaGuardia Law**
3245 University Ave, #1
San Diego, CA 92104
Tel.  (619) 655-4322
Fax.  (619) 655-4344
EAL@LaGuardiaLaw.com

Attorneys for Plaintiff,
CRYSTAL NGUYEN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NGUYEN, an individual, | Case No.: 3:14-CV-00837-BTM-RBB |
| Plaintiff, | |
| vs. | **PLAINTIFF CRYSTAL NGUYEN'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER** |
| HOVG, LLC, dba BAY AREA CREDIT SERVICE, and DOES 1-10, | |
| Defendants. | |

1  Plaintiff CRYSTAL NGUYEN hereby accepts the offer of judgment made by
2  defendant HOVG, LLC dba BAY AREA CREDIT SERVICE pursuant to Rule 68 of
3  the Federal Rules of Civil Procedure, service of which was effective on Plaintiff
4  November 16, 2014.  A copy of the offer of judgment is attached hereto.

6  Dated: **November 26, 2014**        **LAGUARDIA LAW**

8                                      s/Eric LaGuardia
9                                      Eric A. LaGuardia
                                       Attorneys for Plaintiff
10                                     Crystal Nguyen

# Exhibit A

David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
HOVG, LLC d/b/a
BAY AREA CREDIT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NGUYEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOVG, LLC, dba BAY AREA CREDIT SERVICE, and Does 1 to 10,<br><br>Defendants. | CASE NO. 3:14-cv-00837-BTM-RBB<br><br>**OFFER OF JUDGMENT PURSUANT TO** *FEDERAL RULE OF CIVIL PROCEDURE 68* |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant HOVG, LLC d/b/a BAY AREA CREDIT SERVICE ("Defendant"), by and

through its counsel, hereby offers to allow judgment to be taken against Defendant and in favor of CRYSTAL NGUYEN ("Plaintiff"), as follows:

1. Judgment shall be entered in the amount of Three Thousand and Two Dollars ($3,002.00) for alleged damages to Plaintiff; and

2. Reasonable attorneys' fees and costs in connection with Plaintiff's above-referenced action are to be added to the Judgment as against Defendant. Said fees and costs are to be in an amount as agreed by counsel for the parties, or if they are unable to agree, as determined by the Court, upon Motion.

3. This offer is made for the purposes specified in Rule 68 of the Federal Rules of Procedure, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages.

4. In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within fourteen (14) days after service of the Offer, the Offer shall be deemed withdrawn, and any evidence of this Offer will be inadmissible except in any proceeding to recover costs or attorneys' fees.

Respectfully submitted, this 13th day of November, 2014.

DATED: November 13, 2014        CARLSON & MESSER LLP

                                By: _____
                                David J. Kaminski
                                Tamar Gabriel
                                Attorneys for Defendant,
                                HOVG, LLC d/b/a
                                BAY AREA CREDIT SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **November 13, 2014**, I served the foregoing document(s) described as: **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[X] **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ] **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **PERSONAL SERVICE BY HAND-** I personally served document to address stated on POS Service List.

[ ] **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[ ] **(STATE):** I declare under penalty of perjury under the laws of the *State of California* that the above is true and correct.

[X] **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **13th** day of **November, 2014,** at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

{00024494;1}

1

## SERVICE LIST
<u>Crystal Nguyen v. HOVG, LLC, dba Bay Area Credit Service, et al.</u>
File No. 07819.00

| | |
|---|---|
| Andre L. Verdun, Esq.<br>Crowley Law Group<br>401 West A. Street<br>Suite 925<br>San Diego, CA 92101<br>Tele: (619) 238-5700<br>Fax: (866) 786-6993 | **Attorneys for Plaintiff:**<br>**CRYSTAL NGUYEN** |

Eric A. LaGuardia, Esq.
LaGuardia Law
3245 University Ave., #1
San Diego, CA 92104
Tele: (619) 655-4322
Fax: (619-655-4344

Alex M. Tomasevic
Nicholas and Tomasevic LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Tele: (619) 325-0492
Fax: (619) 325-0496

Craig McKenzie Nicolas
Nicholas and Tomasevic
225 Broadway, Suite 1900
San Diego, CA 92101
Tele: (619) 325-0492
Fax: (619) 325-0496

{00024494;1}

2